On appellant's motion for new trial filed April 17, reversed and remanded for new trial June 20, 1978

## STATE OF OREGON, *Respondent,*
## *v.*
## ANNA KATRINE DOVE, *Appellant.*
## (No. B 77-3828, CA 10298)

579 P2d 1307

Timothy M. Bowman, Assistant Public Defender for Coos County, North Bend, for motion.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded for new trial. ORS 19.130(3).[1]

---

[1] ORS 19.130(3) provides:

"Whenever it appears that an appeal cannot be prosecuted, by reason of the loss or destruction, through no fault of the appellant, of the reporter's notes, tapes or audio records, or of the exhibits or other matter necessary to the prosecution of the appeal, the judgment appealed from may be reversed and a new trial ordered as justice may require."